# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEVIN L. MURPHY,

               Plaintiff,

   v.

N. LOPEZ, et al.,

               Defendants.

/

CASE NO. 1:09-cv-00756-GSA PC

ORDER GRANTING DEFENDANTS'
REQUEST FOR RELIEF FROM
RESPONDING TO THE COMPLAINT, AND
FOR A THIRTY-DAY EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT, TO
COMMENCE UPON ISSUANCE OF
SCREENING ORDER

(Doc. 1)

Plaintiff Kevin L. Murphy is a state prisoner proceeding pro se in this civil rights action for violation of his right to due process. Defendants Lopez, Smith, Hartley, and Allison removed this action from Fresno County Superior Court on April 27, 2009. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   **April 30, 2009**             **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

1