1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KEVIN L. MURPHY,                        CASE NO. 1:09-cv-00756-GSA PC

10              Plaintiff,                  ORDER REQUIRING DEFENDANTS TO
                                            NOTIFY COURT WITHIN FIFTEEN DAYS
11      v.                                  WHETHER THEY CONSENT TO OR
                                            DECLINE MAGISTRATE JUDGE
12  N. LOPEZ, et al.,                       JURISDICTION

13              Defendants.

14
15  _____/

16      Plaintiff Kevin L. Murphy is a state prisoner proceeding pro se in this civil rights action

17  pursuant to 42 U.S.C. § 1983 and California tort law.  Defendants Lopez, Smith, Hartley, and Allison

18  removed this action from Fresno County Superior Court on April 27, 2009, 28 U.S.C. § 1441(b), and

19  it was assigned to the undersigned, Appendix A(k)(4) of the Local Rules of the Eastern District of

20  California.

21      Plaintiff filed a notice of consent to Magistrate Judge jurisdiction on May 29, 2009.  Within

22  **fifteen (15) days** from the date of service of this order, Defendants shall notify the Court whether

23  they consent to or decline Magistrate Judge jurisdiction.

24
25      IT IS SO ORDERED.

26  **Dated:    June 2, 2009**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
27
28